**\*\* E-filed September 6, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C11-02501 HRL |
| Plaintiff, | **ORDER (1) DIRECTING PARTIES TO NOTIFY COURT RE: STATUS OF AGREEMENT AND (2) VACATING DEADLINES AND HEARINGS** |
| v. | |
| HORIZON VENTURES FUND II, L.P., | |
| Defendant. | |

On June 15, 2011, Plaintiff filed a motion for an order for injunctive relief and appointing the Small Business Administration as receiver of Defendant. Docket No. 4. On August 9, 2011, Plaintiff filed an administrative motion to suspend the hearing on its motion because the parties had come to an agreement, subject to approval by the U.S. Department of Justice, that would resolve the dispute. Docket No. 28. The Court granted the administrative motion and directed Plaintiff to notify the Court whether DOJ approved the terms of the proposed agreement. Docket No. 31. Plaintiff did so on August 16, when it reported by letter to the Court that DOJ approved the terms. In its letter, Plaintiff requested that this action remain open until the parties have fully complied with the terms of the settlement.

Good cause appearing, the Court will keep the action open until the parties have fully complied with the terms of the settlement. They shall notify the Court once they have done so. In

1 the meantime, all remaining deadlines and hearings (such as the case management conference
2 currently set for October 4, 2011) are VACATED.
3     **IT IS SO ORDERED.**
4 Dated: Sept. 6, 2011



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C11-02501 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Eric James Adams | eric.adams@sba.gov |
| Kristi Kaye Elder | kris.elder@hoganlovells.com, dina.lewis@hoganlovells.com |
| Robert B. Hawk | robert.hawk@hoganlovells.com, evelyn.perry@hoganlovells.com, kris.elder@hoganlovells.com, ky-yen.wong@hoganlovells.com, michael.ewers@hoganlovells.com, nimi.aviad@hoganlovells.com |
| Thomas Worthington Rigby | thomas.rigby@sba.gov |

**See General Order 45 Section IX C.2 and D; Notice has NOT been electronically mailed to:**

Nimrod Haim Aviad
Hogan Lovells US LLP
525 University Avenue
4th Floor
Palo Alto, CA 94301

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**